# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>BRIAN BRODERICK<br><br>*Defendant(s)* | )<br>)<br>) Case No. **CR 22-70753-MAG**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 1, 2022__ in the county of __Santa Clara__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmitting a Communication Containing a Threat to Injure |

This criminal complaint is based on these facts:
See attached.

☑ Continued on the attached sheet.

/s/ Megan Sharp/SvK w/permission
*Complainant's signature*

Meagan Sharp, FBI Special Agent
*Printed name and title*

Approved as to form   /s/ Andrew Liao
                      AUSA Andrew Liao

Sworn to before me by telephone.

Date: June 2, 2022

*Susan van Keulen*
*Judge's signature*

City and state: San Jose, California

Hon. Susan van Keulen, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT AND ARREST WARRANT

I, Meagan Sharp, a Special Agent of the Federal Bureau of Investigation ("FBI"), being duly sworn, state:

## INTRODUCTION

1. I submit this affidavit in support of an application for a complaint charging, and for an arrest warrant authorizing the arrest of, Brian BRODERICK for transmitting in interstate commerce a communication containing a threat to injure the person of another – specifically, FBI Special Agent Christopher Salazar on June 1, 2022 – in violation of 18 U.S.C. § 875(c).

2. The facts in this affidavit come from my personal observations, my training and experience, information from records and databases, and information obtained from other agents, officers, and witnesses. Where statements made by other individuals (including other Special Agents and law enforcement officers) are referenced in this Affidavit, such statements are described in sum and substance and in relevant part. Similarly, where information contained in reports and other documents or records is referenced in this Affidavit, such information is also described in sum and substance and in relevant part.

3. Because this Affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included each and every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause for a criminal complaint and arrest warrant. My understanding of the facts and circumstances of the case may evolve as the investigation continues.

## AFFIANT BACKGROUND AND EXPERIENCE

4. I am a Special Agent with the FBI and have been since July 2018. I am currently assigned to the San Jose Violent Crime Unit of the FBI's San Francisco Field Division. Prior to becoming an FBI Special Agent, I was an Analyst for the Department of Defense. My current assignments include investigating individuals who are involved in the illegal possession and transfer of firearms, violent crimes involving firearms, and narcotics trafficking. I completed five

AFF. IN SUPPORT OF CRIMINAL COMPL.
[UNDER SEAL]

months of FBI Special Agent Basic Training at the FBI academy in Quantico, Virginia. During the course of my employment with the FBI, I have investigated, and assisted in the investigation of criminal violations, especially those relating to violent crime, firearms, and/or narcotics. During these investigations, I have participated in and utilized various investigative tools, including: conducting physical surveillance, interviewing suspects, debriefing witnesses and other cooperating individuals, writing affidavits supporting search and arrest warrants, executing arrest and search warrants, analyzing phone records and evidence obtained from electronic devices, and collecting and processing physical and electronic evidence.

5. I am an investigative or law enforcement officer of the United States within the meaning of Title 18 United States Code, Section 2510(7), and am empowered by law to conduct investigations of and to make arrests for violations of federal criminal law.

## FACTS ESTABLISHING PROBABLE CAUSE

5. On June 1, 2022, at approximately 10:16AM, BRODERICK sent an e-mail communication to several recipient email addresses, including the Deputy Special Agent in Charge of the FBI's San Francisco Field Division and Special Agent (SA) Christopher Salazar. In that email, BRODERICK communicated a threat to injure SA Salazar, as described below. Also described below are circumstances preceding this email.

*BRODERICK's Prior Interaction with Law Enforcement*

6. BRODERICK was previously a subject of an investigation in Santa Cruz, California, based on a referral from Apple Global Security regarding suspicious emails BRODERICK sent to other Apple colleagues while on leave from his employment at Apple. BRODERICK made non-specific threats to Apple employees, such as sending imagery of bullets and skulls to several high-ranking Apple employees via email.

7. The Santa Cruz County Sheriff's Office subsequently served BRODERICK with a temporary Gun Violence Restraining Order on or around March 11, 2022. BRODERICK surrendered a Glock pistol, two hostlers, and hundreds of rounds of 9mm ammunition.

AFF. IN SUPPORT OF CRIMINAL COMPL.
**[UNDER SEAL]**

2

8. Later, on or about April 6, 2022, BRODERICK posted a video on his "Apple Phantom" YouTube Channel which appeared to show BRODERICK in his vehicle. During the video, BRODERICK stated, "So just stopped by the sheriff's department…I decided I'm gonna do all my weaponry, not just because the restraining order only mentioned my handgun but I'm gonna do like all the weaponry I have not the homemade stuff just the consumer firearms…" BRODERICK only surrendered one handgun to law enforcement based on the Gun Violence Restraining Order. However, based on my training and experience, I believe BRODERICK's reference to "homemade stuff" versus "just the consumer firearms" is alluding to BRODERICK's possession of privately manufactured firearms.

9. BRODERICK's other videos also appear to allude to potential violence. For example, on or about March 26, 2022, BRODERICK posted a video, in which he stated, "Yesterday's reconnaissance was promising. Los Angeles would be a good site to direct an insurgency. The consistent ingredients are present. The Zarqawi protocol is active." Based on my training and experience, BRODERICK's invocation of the name of Zarqawi is believed to be a reference to Abu Musab al-Zarqawi, a Jordanian Jihadist who ran a terrorist training center in Afghanistan and directed multiple suicide bombings, including in Arman and Madrid.

10. In addition, on or about May 29, 2022, BRODERICK posted a video stating an individual named "Mike" from "Sew Sew Maria" (a tailor shop) in Santa Cruz modified a t-shirt for BRODERICK to include a bulletproof plate that would stop "99% of handguns." BRODERICK also discussed how a Velcro crotch protection panel was added in the front and back for "if I'm doing an assault."

*BRODERICK's Interaction with the FBI*

11. Multiple attempts were made by the FBI to contact BRODERICK to set up an in-person interview. However, on May 10, 2022, SA Salazar reached out to BRODERICK via email. BRODERICK responded by telling SA Salazar, "Have your supervisor contact me at this email address to receive a complaint." SA Salazar responded to BRODERICK by assuring his complaint would be heard, and telling BRODERICK that if he had any suspicions, he could contact FBI San

Francisco to verify his identity. BRODERICK responded by telling SA Salazar, "I register criminal suspicion in the federal record against you on the basis of your refusal to refer a complaint to your supervisor as mandated by FBI policy. In the context of this federally registered criminal suspicion, I repeat my instruction to have my complaint referred to your supervisor," in response to which SA Salazar did not reply.

12. BRODERICK continued sending multiple emails to different law enforcement agencies, cc'ing SA Salazar, expressing his grievances.

13. On May 12, 2022, FBI San Francisco Operations Center (SF Ops Center) received a call from BRODERICK stating he had spoken to SA Salazar. BRODERICK was adamant about speaking with SA Salazar's supervisor, as he had demanded in an email. FBI SF Ops Center personnel informed him they would gather his information, and he refused to give any information other than his email address, brianpbroderick@gmail.com.

14. On May 13, 2022, after calling SF Ops Center and demanding to speak with a supervisor, BRODERICK emailed SA Salazar, stating:

> "You are such a pathetic waste of time. I literally had to call your office to get to your supervisor. You're like a five year old. What's next, you refuse to clean up your room?"

15. On May 13, 2022, BRODERICK emailed SA Salazar again and stated:

> "Chris, The two major problems here are that an idiot is in a position to intrude his degeneracy into my life and that an idiot is collecting my tax money as salary. The aggravation of these problems is magnified by the fact they are being committed coincidently. So frustrating!
>
> Please start thinking about how you're going to explain to the American people why you would respond to a threat to life report six months late without acknowledging that time frame is egregiously inappropriate.
>
> It's almost like you're a lazy idiot who can't form complete thoughts and simply exists to convert my taxes into food, then convert that food into shit.

>I suppose you could contribute to the nation's fertilizer initiative.
>
>Thank you for shit!
>
>What kind of adult man thinks he can hide a performance complaint from his supervisor. If you've spent 5 minutes investigating this [unlikely] you'll know that an Apple executive is on his way to jail.
>
>It's looking like you're going to join him. ;)
>
>You are going to start arriving for work earlier and you are literally overpaid by a factor of three (3).
>
>Literally,
>
>https://www.youtube.com/watch?v=QkpPMwUuxm8"

16. The YouTube link attached by BRODERICK is a video that contains his email exchange with SA Salazar with the audio of one of his calls to the FBI in 2021. BRODERICK posted it to his "Apple Phantom" YouTube channel.

17. BRODERICK continued to send emails and post videos on his "Apple Phantom" YouTube Channel about SA Salazar and the FBI.

*BRODERICK's June 1, 2022 Emails*

18. On June 1, 2022, at approximately 9:42AM, BRODERICK, using email address brianpbroderick@gmail.com, sent an email to the Special Agent in Charge of the FBI's San Francisco Field Division. In this email, BRODERICK made various accusations against the FBI, including accusations of corruption, incompetence, and violence. BRODERICK wrote, in part, that "America crushes traitors and that we will leave their lives as totally mangled as I'm about to leave yours." BRODERICK further wrote: "You are done," "You obstructed the wrong investigation," and "You offended the wrong American." He signed the email as "Apple Phantom" with a link to BRODERICK's "Apple Phantom" YouTube Channel.

19. As stated above, the emails came from brianpbroderick@gmail.com. BRODERICK previously provided the same email address during a phone call to FBI San Francisco Operations Center on May 12, 2022 (in which he was identified as Brian BRODERICK)

AFF. IN SUPPORT OF CRIMINAL COMPL.
[UNDER SEAL]

as his contact information. As noted above, BRODERICK also has a YouTube Channel dedicated to his grievances. Based on a comparison of the person in the videos with BRODERICK's DMV photo, I can identify BRODERICK in videos posted on the "Apple Phantom" Channel.

20. Later on June 1, 2022, at approximately 10:16AM, BRODERICK forwarded the above-referenced email to the Deputy Special Agent in Charge and others, including SA Salazar. In this email, BRODERICK wrote:

> "I'm an American who is **literally hunting** an idiot traitor named Special Agent Christopher Salazar.
>
> The fact that this has happened means you have already failed.
>
> **You act on this in a 24 hours or I go beyond taking your livelihood**,
>
> Apple Phantom" (bold emphasis added).

21. Based on my training, experience, and knowledge of this investigation, I believe that, in this email, BRODERICK was threatening to cause injury to SA Salazar. BRODERICK states he is "hunting" SA Salazar, which I read to mean he is pursuing SA Salazar, presumably with a weapon. BRODERICK also states that he will "go beyond taking [SA Salazar's] livelihood," which I believe to be a reference to BRODERICK taking more extreme measures to act on his grievances against SA Salazar and the FBI.

22. Additionally, based on my training and experience, there is probable cause to believe that the above-referenced email, which included senders and/or recipients with Gmail and DOJ email addresses, would have been transmitted in interstate commerce.

23. Further, in a video posted on the "Apple Phantom" Channel on June 1, 2022, BRODERICK was seen in the parking lot of the FBI offices in Campbell, California, which is within the Northern District of California. BRODERICK appeared to be conducting surveillance and taking photographs of FBI vehicles. SA Salazar works in the Campbell FBI office.

### REQUEST TO SEAL

24. The materials now before the Court—particularly, this Affidavit and the accompanying application for an arrest warrant—reveal sensitive details of an ongoing criminal

investigation. Accordingly, in order to protect the integrity of that investigation, to guard against the flight of the defendant and destruction of evidence, and to better ensure the safety of agents and the public, I request that those materials—together with any arrest warrant that issues thereon—be sealed until further order of the Court, except that I request the Clerk of Court provide copies of the sealed documents to employees of the United States Attorney's Office and the FBI, and allow the sharing of these documents as necessary with other law enforcement and intelligence agencies, including for use in investigation, the execution of any related warrants, and prosecution.

## CONCLUSION

25. Based on the information set forth above, I submit that there is probable cause to believe that on June 1, 2022, BRODERICK transmitted in interstate commerce a communication containing a threat to injure FBI Special Agent Christopher Salazar, in violation of 18 U.S.C. § 875(c)

26. Accordingly, based upon the foregoing, I respectfully request that the Court sign the requested criminal complaint and issue the requested arrest warrant.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

/s/ Megan Sharp/SvK w/permission
Meagan Sharp
Special Agent
Federal Bureau of Investigation

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d) this  2nd   day of June, 2022.

Honorable Susan van Keulen
United States Magistrate Judge

AFF. IN SUPPORT OF CRIMINAL COMPL.
[UNDER SEAL]

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** [X] COMPLAINT    [ ] INFORMATION    [ ] INDICTMENT    [ ] SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location:
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

## OFFENSE CHARGED

18 U.S.C. § 875(c) - Transmitting a Communication Containing a Threat to Injure

- [ ] Petty
- [ ] Minor
- [ ] Misdemeanor
- [X] Felony

**PENALTY:**
Max. term of imprisonment: 5 years;
Max. fine: $250,000;
Max. supervised release term: 3 years;
Mandatory special assessment: $100;
Potential forfeiture.

### DEFENDANT - U.S

▶ Brian Broderick

**DISTRICT COURT NUMBER**

**CR 22-70753-MAG**

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any): **FBI**

- [ ] person is awaiting trial in another Federal or State Court, give name of court
- [ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
- [ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of: [ ] U.S. ATTORNEY [ ] DEFENSE
- [ ] this prosecution relates to a pending case involving this same defendant
- [ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.: 

MAGISTRATE CASE NO.: 

Name and Office of Person Furnishing Information on this form: **Stephanie M. Hinds**

[X] U.S. Attorney    [ ] Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **AUSA Andrew Liao**

### DEFENDANT

**IS NOT IN CUSTODY**

1) [X] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) [ ] On this charge
5) [ ] On another conviction    [ ] Federal [ ] State
6) [ ] Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed? [ ] Yes [ ] No    If "Yes" give date filed:

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

[ ] This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
[ ] SUMMONS    [ ] NO PROCESS*    [X] WARRANT    Bail Amount:

If Summons, complete following:
[ ] Arraignment    [ ] Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments: