| 1 | |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |
| 4 | SAN JOSE DIVISION |

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

BRIAN BRODERICK,

          Defendant.

No. 5:22-CR-00251 EJD

**VERDICT FORM**

We, the members of the Jury in the above-entitled case, unanimously find the defendant, Brian Broderick, *(place an X on the appropriate line)*

  __X__ GUILTY

  _____ NOT GUILTY

of the crime of Transmitting a Communication Containing a Threat Injure, as charged in Count One of the Superseding Information.

Please sign and date the verdict form and return it to the Court.

DATE: March 8th, 2024

FOREPERSON

1